

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Jacob K. Javitz Federal Building
26 Federal Plaza
New York, New York 10278

December 19, 2024

**BY EMAIL**                                **REQUEST FILING UNDER SEAL**

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

     Re:    <u>United States v. Mohammad Reza Nouri</u>,
               23 Mag. 5824

Dear Judge Parker:

     The Government writes to respectfully request that the Court issue an order unsealing the above-referenced complaint, and associated arrest warrant, as of **December 20, 2024 at 11:00 a.m.** The Complaint was filed on or about August 1, 2023, under seal.

               Respectfully submitted,

               EDWARD Y. KIM
               Acting United States Attorney

     By:       /s/
            Jacob H. Gutwillig
            Matthew J.C. Hellman
            Kyle A. Wirshba
            Assistant United States Attorneys
            (212) 637- 2215 / 2278 / 2493

SO ORDERED:

*/s/ Katharine H. Parker*
HON. KATHARINE H. PARKER
12/19/2024